# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| LANA WEINBACH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:18-CV-00381-JAR |
| ) | |
| COMPUTERSHARE, INC. and ) | |
| THE BOEING COMPANY, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM & ORDER

This matter is before the Court on Plaintiff Lana Weinbach's and Defendants The Boeing Company and Computershare, Inc.'s consent motion to amend the Case Management Order to continue the final pretrial conference and trial setting. (Doc. No. 133). The parties believe that a continuation is prudent, given that the Court has yet to rule on a range of dispositive issues that will greatly impact the parties' preparation and pretrial filings. In addition, counsel for two of the parties have indicated personal scheduling issues that could impact their availability for trial. Upon consideration, the Court agrees that the final pretrial conference and trial setting should be reset following its ruling on the pending motions.

**IT IS HEREBY ORDERED** that the parties' motion to amend the case management order to continue the final pretrial conference and trial is **GRANTED** subject to further order of the Court. The Court will amend the case management order after ruling on the pending motions.

Dated this 2nd day of March, 2020.

                                                                                                                  /s/ John A. Ross
                                                                                                               JOHN A. ROSS
                                                                                                               UNITED STATES DISTRICT JUDGE